IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT FATE,<br>  Plaintiff,<br><br>  vs<br><br>ROCKWELL AUTOMATION POWER SYSTEMS,<br>  Defendant. | )<br>)<br>)<br>) Civil Action No. 06-335<br>)<br>)<br>)<br>) |

O R D E R

AND NOW this 23rd day of January, 2007, the Court having been advised by counsel for the parties that the above captioned case has been settled, and that the only matter remaining to be completed is the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a), and it appearing that there is no further action required by the Court at this time,

  IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and, that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if the Order had not been entered;

  IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

_____
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

    Robert C. Mitchell
    United States Magistrate Judge