IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT FATE, | ) |
| | ) |
| Plaintiff, | ) Case No. 06-cv-0335 |
| | ) |
| v. | ) JUDGE GARY L. LANCASTER/ |
| | ) MAGISTRATE JUDGE ROBERT C. |
| ROCKWELL AUTOMATION POWER SYSTEMS, | ) MITCHELL |
| | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robert Fate and defendant Rockwell Automation Power Systems, by and through their respective attorneys, stipulate and agree that pursuant to Fed. R. Civ. P. 41(a)(1) the amended complaint and this action are dismissed with prejudice.

/s/ Neal A. Sanders
Neal A. Sanders
Pa. I.D. No. 54618

Law Offices of Neal A. Sanders
1924 North Main Street Ext.
Butler, PA 16001
Phone: (724) 282-7771
Fax: (724) 285-6341
lonas@earthlink.net

Attorney for Plaintiff
Robert Fate

Dated: February 16, 2007

/s/ Terrence H. Murphy
Terrence H. Murphy
Pa. I.D. No. 36356

Buchanan Ingersoll & Rooney PC
20th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219-1410
Phone: (412) 392-2044
Fax: (412) 392-2128
terrence.murphy@bipc.com

Attorneys for Defendant
Rockwell Automation Power Systems

SO ORDERED, this 16th day of February, 2007.

Gary L. Lancaster, U.S. District Judge

#4062258-v1